IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02170-REB-KLM

KARIN BUGATTI FAUSETT, and
EDDIE FAUSETT,

      Plaintiffs,

v.

OSTEOTECH, INC.,

      Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on the first **Joint Motion for Extension of Time for Expert Disclosures and Discovery Cutoff** [#32] (the "First Motion") and on the second **Joint Motion for Extension of Time for Expert Disclosures and Discovery Cutoff** [#33] (the "Second Motion"). The Motions are identical except that a Proposed Order is attached to the Second Motion.

      IT IS HEREBY **ORDERED** that the First Motion [#32] is **DENIED as moot**.

      IT IS FURTHER **ORDERED** that the Second Motion [#33] is **GRANTED**. The rebuttal expert disclosure deadline is extended to **July 31, 2014**. The discovery deadline is extended to **September 30, 2014**.[1]

      Dated: July 7, 2014

---

[1] The Court notes that the discovery deadline is now the same as the dispositive motions deadline. See [#19]. Due to the imminence of trial starting January 5, 2015, see [#21], and the need to allow time for full briefing and resolution of dispositive motions, the parties are warned that no significant extension of the dispositive motions deadline will be permitted.