**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-02170-REB-KLM

KARIN BUGATTI FAUSETT, and
EDDIE FAUSETT,

    Plaintiffs,

v.

OSTEOTECH, INC.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation for Dismissal With Prejudice** [#38][1] filed December 18, 2014.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulation for Dismissal With Prejudice** [#38] filed December 18, 2014 is **APPROVED**;

2.  That any pending motions are **DENIED as moot**;

3.  That any hearings, including the telephonic setting conference, now set January 6, 2015, are **VACATED**;

4.  That this action is **DISMISSED WITH PREJUDICE,** without costs to any

---

[1] "[#38]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

affected party.

Dated December 29, 2014, at Denver, Colorado.

**BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge